1  Laurel Headley (CSBN 152306)
     Email: headley@achlaw.com
2  ARGUEDAS, CASSMAN & HEADLEY, LLP
   803 Hearst Avenue
3  Berkeley, CA 94710
   (510) 845-3000
4  (510) 845-3003 (fax)

5

   Attorneys for Wendy Stark
6

7

8         UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

10           SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA, | ) | Case No. CR 15-00041 CRB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE FROM DECEMBER 18, 2015 TO JANUARY 20, 2016 |
| v. | ) ) | |
| ERIC SMITH, et al., | ) ) | |
| Defendants. | ) ) | |

17
   On October 21, 2015 this matter was set for status conference on December 16, 2015
18
as to all defendants. On December 14, 2015, the court continued that status conference to
19
December 18, 2015 at 4:00 p.m. Counsel for the defendants and the government request that
20
the December 18, 2015 status conference be continued to January 20, 2016. The reason for
21
the request is that not all defense counsel are available for the December 18th appearance.
22
The defendants are at various stages of reviewing the evidence and discussing potential plea
23
agreements with the government. The parties therefore request additional time to prepare
24
their cases and continue their plea discussions.
25
   For the foregoing reasons, IT IS HEREBY STIPULATED that the December 18, 2015
26
status conference be continued to January 20, 2016 at 2:00 p.m.
27

28

Stipulation and [Proposed] Order To Continue Status Conf.   - 1

IT IS FURTHER STIPULATED that time be excluded between December 16, 2015 and January 20, 2016 for effective preparation and continuity of counsel.

**IT IS SO STIPULATED:**

December 15, 2015

_____/s/_____
MICHAEL MAFFEI
Assistant U.S. Attorney

December 15, 2015

_____/s/_____
RICHARD MAZER,
Attorney for Eric Smith

December 15, 2015

_____/s/_____
CHARLES WOODSON
Attorney for Alexander Jones

December 15, 2015

_____/s/_____
LAUREL HEADLEY
Attorney for Wendy Stark

December 15, 2015

_____/s/_____
DEBORAH LEVINE
Attorney for Terence Smith

December 15, 2015

_____/s/_____
JULIA JAYNE
Attorney for Dana Lewis

December 15, 2015

_____/s/_____
RICHARD TAMOR
Attorney for Anthony Jackson

December 15, 2015

_____/s/_____
MARK GOLDROSEN
Attorney for Pauletta Terry

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that this matter is continued to January 20, 2016 at 2:00 p.m. for status conference.

**IT IS FURTHER ORDERED AND THE COURT FINDS** that the ends of justice served

1  by granting this continuance outweigh the best interest of the public and the defendant in a
2  speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and ORDERS that the time
3  between December 16, 2015 and January 20, 2016 is excluded from the Speedy Trial Act
4  computation for effective preparation and continuity of counsel. 18 U.S.C. §§ 3161(h)(7)(A),
5  and (B)(iv.)

6  DATED: 12/16/2015

THE HONORABLE CHARLES R. BREYER
Senior United States District Judge

Stipulation and [Proposed] Order To Continue Status Conf.  - 3