Richard B. Mazer SBN: 49632
Law Office of Richard B. Mazer
99 Divisadero St.
San Francisco, CA 94117
Tel: 415 621 4100
richardbmazer@gmail.com

Counsel for Defendant
Eric Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ERIC SMITH,<br><br>      Defendant. | CASE NO.: CR 15-041 CRB<br>DEFENDANT SMITH'S AMENDED MOTION AND DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR AN ORDER PERMITTING DEFENDANT TO LEAVE HIS HOME 3 HOURS A DAY THROUGH JANUARY 3, 2017 TO VISIT FRIENDS AND FAMILY AND PROPOSED ORDER |

TO: The United States of America, Plaintiff, AUSA Michael Maffei, Counsel for Plaintiff and United States Pretrial Services Officer Anthony Granados.

   Defendant Eric Smith, by and through counsel, respectfully moves the Court for an Order permitting the defendant to leave his home for 3 hours a day through January 3, 2017 in order to meet with friends and family over the holidays. In support of this motion Richard B. Mazer declares that:

   1. I am counsel of record for Eric Smith in the above captioned case.

   2. Mr. Smith is currently on home detention at his mother's residence in San Francisco.

   3. On December 9, 2016, I sent an email to Pretrial Services Officer Anthony Granados

requesting that Mr. Smith be permitted to leave his home for 3 hours a day from December 19, 2016 through January 3, 2017. A copy of the email is attached as Exhibit "A".

4. Not having received a response from Mr. Granados, on December 19, 2016 I sent another email repeating Mr. Smith's request. A copy of the email is attached as Exhibit "B".

5. On December 19, 2016 Mr. Granados replied "No objection". A copy of the email is attached as Exhibit "C".

6. This morning Mr. Smith called me to say Mr. Granados told him that his request required agreement by the prosecutor. I immediately called Mr. Granados who said that he had told Mr. Smith his request required filing a motion with the court and that Pretrial Services has no objection to the request.

7. After I filed the instant Motion, Mr. Granados called and asked that I add the condition that each visit must be pre-approved by his office to this Motion and the Proposed Order, which I have done.

I declare under penalty of perjury the foregoing is true and correct. Executed December 21, 2017 in San Francisco California.

Dated: December 21, 2016

                                                       /s/
                                        RICHARD B. MAZER

## CONCLUSION

Wherefore Defendant Smith respectfully requests his home detention order be modified as requested above.

Respectfully submitted,

_____/s/_____
RICHARD B. MAZER
Counsel for Defendant Eric Smith

## [PROPOSED] ORDER

Good cause appearing and upon motion of the Defendant, IT IS HEREBY ORDERED that Defendant Smith's terms of Home Detention are modified to permit him to leave his residence for 3 hours a day thorough January 3, 2017 to visit friends and family. Each Visit must be pre-approved by Pretrial Services.   Government has no objection.

Dated: 12/22/2016

_____
United States District Judge

# EXHIBIT A



Richard Mazer <richardbmazer@gmail.com>

# Eric Smith

**Richard Mazer** <richardbmazer@gmail.com>
To: anthony_granados@canpt.uscourts.gov

Fri, Dec 9, 2016 at 12:35 PM

Eric called today and asked whether you would agree that
He can be out of the house for 3 hours a day from 12/19/16
Through 1/3/17 so he can visit with friends and relatives.

Please let me know whether this is ok.

Thank you,

Richard


Sent from my iPad

# EXHIBIT B

 Gmail

Richard Mazer <richardbmazer@gmail.com>

## Eric Smith

**Richard Mazer** <richardbmazer@gmail.com>  Mon, Dec 19, 2016 at 11:58 AM
To: Anthony_Granados@canpt.uscourts.gov

On December 9, 2016 I emailed a request that Eric could be out of the house for 3 hours a day from 12/19 through 1/3/17 so he can visit with friends and relatives. I have not received a response. I am forwarding the original email. Please let me know as soon as possible so Eric can make his holiday plans. .
Thank you
Richard
[Quoted text hidden]

--
Law Offices of
**Richard B. Mazer**
99 Divisadero Street
San Francisco, CA 94117
Telephone: 415-621-4100
Facsimile: 415-621-4111
richardbmazer@gmail.com

CONFIDENTIAL NOTICE: The document(s) accompanying this transmission contain confidential information belonging to the sender which is legally privileged. This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for return of the documents to us.

# EXHIBIT C



Richard Mazer <richardbmazer@gmail.com>

## Eric Smith

**Anthony_Granados@canpt.uscourts.gov** <Anthony_Granados@canpt.uscourts.gov>    Mon, Dec 19, 2016 at 12:34 PM
To: Richard Mazer <richardbmazer@gmail.com>

I have no objection.

Anthony R. Granados
U.S. Pretrial Services Officer
280 S. First Street Suite 1150
San Jose, CA 95113
Tel: 408-535-5223
Fax: 415-581-7496
Email: anthony_granados@canpt.uscourts.gov
[Quoted text hidden]